Florence H. Freidell, Respondent, *v.* Addis Co., Inc., Appellant.

Argued May 24, 1946; decided July 23, 1946.

*J. Norman Crannage* for appellant.
*William H. Reiley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ.   Taking no part: DYE, J.